## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

**DREYER'S GRAND ICE** )     **CIVIL ACTION**
**CREAM HOLDINGS, INC.,** )
*a Delaware Corporation,* )
                 )     **NO: 2:05-CV-00784-GLL**
          *Plaintiff,* )
                 )     **JUDGE: GARY L. LANCASTER**
*-vs-* )
                 )
**REINHOLD ICE CREAM CO.,** )
*A Pennsylvania Corporation,* )
                 )
          *Defendant,* )

## ORDER OF COURT

**AND NOW,** to-wit; this $\underline{4^{th}}$ day of $\underline{October}$ , 2006, after review and

consideration of the parties' joint motion for the remand of the above-captioned action to

state court, said joint motion is **Granted**.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the above-

captioned action, and all remaining claims therein, be, and forthwith is Remanded to the

Court of Common Pleas of Allegheny County, Pennsylvania for such further

proceedings as may be required for final adjudication of the causes asserted therein; and

It is further **ORDERED** that following entry of the aforementioned Order of Remand to State Court, the instant action be marked Closed by Administrative Order of the undersigned member of the Court.

**BY THE COURT:**

**The Honorable Gary L. Lancaster**
**United States District Judge**